**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

| | | |
|---|---|---|
| **WESLEASE 2018 OPERATING LP** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| **v.** | § | **Civil Action No. 4:26-CV-00631-O** |
| | § | |
| **SANDY CREEK FOUNDATION, ET AL.,** | § | |
| | § | |
| | § | |
| **Defendants.** | § | |

## ORDER

The above styled and numbered case is **TRANSFERRED** to the docket of United States

District Judge Mark T. Pittman. This case will now be numbered Civil Action No. 4:26-CV-00631-P.

**SO ORDERED** on this **26th day** of **May, 2026.**

_____
Reed O'Connor
**CHIEF UNITED STATES DISTRICT JUDGE**