UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF TEXAS

FORT WORTH DIVISION



JUN 11 2026 PM1:49
FILED-USDC-NDTX-FW

Weslease 2018 Operating LP

Plaintiff,

v.

Sandy Creek Foundation, et al.,

 Defendants.

CASE ACTION No: 4:26-cv-00631-O

DEFENDANT CHRISTIANSON ("CHRIS") ANDERSON'S ANSWER TO PLAINTIFF'S ORIGINAL COMPLAINT.

Defendant Christianson (Chris) Anderson, appearing pro se, answers Plaintiff's Original Complaint as follows:

I.    NOTICE OF RELATED CASE

1. Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in paragraph 1 and therefore denies the same.

2. Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in paragraph 2 and therefore denies the same.

II.    SUMMARY

3. Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in paragraph 3 and therefore denies the same.

4. Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in paragraph 4 and therefore denies the same.

5. Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in paragraph 5 and therefore denies the same.

6. Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in paragraph 6 and therefore denies the same.

7. Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in paragraph 7 and therefore denies the same.

8. Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in paragraph 8 and therefore denies the same.

9. Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in paragraph 9 and therefore denies the same.

III.    PARTIES

10. Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in paragraph 10 and therefore denies the same.

11. Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in paragraph 11 and therefore denies the same.

12. Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in paragraph 12 and therefore denies the same.

13. Defendant admits the allegations contained in paragraph 13 that identify him as a natural person residing in Texas and that he may be served at 5201 Wildwood Dr. Flower Mound, TX 75028 or wherever he may be served.

14. Defendant admits that he and Defendant Ashlie Anderson received a total of $110,000 from River North ANB account on or about November 20, 2023 (Check No. 1065).

15. Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in paragraph 15 and therefore denies the same.

16. Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in paragraph 16 and therefore denies the same.

17. Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in paragraph 17 and therefore denies the same.
18. Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in paragraph 18 and therefore denies the same.
19. Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in paragraph 19 and therefore denies the same.
20. Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in paragraph 20 and therefore denies the same.
21. Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in paragraph 21 and therefore denies the same.
22. Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in paragraph 22 and therefore denies the same.
23. Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in paragraph 23 and therefore denies the same.
24. Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in paragraph 24 and therefore denies the same.

IV.    JURISDICTION AND VENUE

25. Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in paragraph 25 and therefore denies the same.
26. Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in paragraph 26 and therefore denies the same.

V.    FACTS

27. Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in paragraph 27 and therefore denies the same.

28. Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in paragraph 28 and therefore denies the same.

29. Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in paragraph 29 and therefore denies the same.

30. Defendant denies each allegation contained in paragraph 30.   Defendants specifically deny that the transfer was made for "no return consideration". Defendants further deny that they received the transfer with any intent to hinder, delay, or defraud any creditor or with the knowledge that the Behans possessed such intent.  To the extent paragraph 30 alleges fraudulent intent on the part of the Behans, defendants lack sufficient information regarding the Behans subjective intentions and therefore deny those allegations on that basis.   In truth and in fact, of the $110,000 transfer received by the Defendant and her husband, Defendant Chris Anderson on or about November 20, 2023, $100,000 was a partial reimbursement of substantial antecedent loans previously made to Dale and Linda Behan personally and to their businesses related to the pipeline work in North Dakota. Those antecedent loans far exceeds the amount of $110,000 received, and the transfer did not exceed the outstanding loan balance as reflected in defendant's records.  The remaining $10,000 was intended and noted as a gift.  Defendants deny that the transfer, as a whole, was made with actual intent to hinder, delay, or defraud any creditor.  Defendants have contacted Plaintiff's counsel and offered to return the $10,000 gift portion to resolve any dispute concerning that amount.

31. Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in paragraph 31 and therefore denies the same.

32. Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in paragraph 32 and therefore denies the same.

33. Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in paragraph 33 and therefore denies the same.

34. Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in paragraph 34 and therefore denies the same.

35. Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in paragraph 35 and therefore denies the same.

36. Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in paragraph 36 and therefore denies the same.

37. Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in paragraph 37 and therefore denies the same.

38. Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in paragraph 38 and therefore denies the same.

VI.    CAUSES OF ACTION.

39. Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in paragraph 39 and therefore denies the same.

40. Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in paragraph 40 and therefore denies the same.

41. Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in paragraph 41 and therefore denies the same.

42. Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in paragraph 42 and therefore denies the same.

43. Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in paragraph 43 and therefore denies the same.

44. Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in paragraph 44 and therefore denies the same.

45. Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in paragraph 45 and therefore denies the same.

46. Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in paragraph 46 and therefore denies the same.

47. Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in paragraph 47 and therefore denies the same.

WHEREFORE: Defendant Christianson ("Chris") Anderson respectfully requests that the Court dismiss Plaintiff's Original Complaint against him with prejudice, award him his costs and such other and further relief as the Court deems just and proper.

Respectfully submitted,

Christianson ("Chris") Anderson

Pro Se Defendant

5201 Wildwood Dr.

Flower Mound, TX 75028

(817) 201-2224

Email: cj3anderson@gmail.com

**Certificate of Service**

I hereby certify that on _____ June 11 _____, 2026, I served a true and correct copy of the foregoing Defendant Christianson ("Chris") Anderson's Answer to Plaintiff's Original Complaint upon the following counsel of record by personal hand delivery:

Justin N. Bryan

McCathern, PLLC

3710 Rawlins, Suite 1600

Dallas, TX  75229

Christianson (Chris) Anderson

Christianson Anderson

Pro Se Defendant

5201 Wildwood Dr.

Flower Mound, TX 75028

(817) 201-2224

Email: cj3anderson@gmail.com

**Certificate of Service**

**I hereby certify that on** _____ June 11 _____**, 2026, I served a true and correct copy of the foregoing Defendant Ashlie Anderson's Answer to Plaintiff's Original Complaint upon the following counsel of record by personal hand delivery:**

Justin N. Bryan

McCathern, PLLC

3710 Rawlins, Suite 1600

Dallas, TX  75229

**Acknowledgement of Recipient**

(For use by recipient)

Received on:

_____ (Date)

Time received:

_____

Initial / Signature:

_____                    Firm Stamp (if applicable):

Printed Name:

_____                    _____