# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS

Weslease 2018 Operating LP
Plaintiff

v.

4:26-cv-00631-O

Civil Action No.

Sandy Creek Foundation, et al
Defendant

## CERTIFICATE OF INTERESTED PERSONS/DISCLOSURE STATEMENT
(This form also satisfies Fed. R. Civ. P. 7.1)

Pursuant to Fed. R. Civ. P. 7.1 and LR 3.1(c), LR 3.2(e), LR 7.4, LR 81.1(a)(4)(D), and LR 81.2,

Sam E. Taylor, II, Attorney for Defendant Sandy Creek Foundation

provides the following information:

For a nongovernmental corporate party, the name(s) of its parent corporation and any publicly held corporation that owns 10% or more of its stock (if none, state "None"):
*Please separate names with a comma. Only text visible within box will print.*

None. Sandy Creek Foundation is a Texas non-profit. There are no stockholders.

A complete list of all persons, associations of persons, firms, partnerships, corporations, guarantors, insurers, affiliates, parent or subsidiary corporations, or other legal entities that are financially interested in the outcome of the case:
*Please separate names with a comma. Only text visible within box will print.*

The Board of Directors of Sandy Creek Foundation are: Dr. Paige Patterson (Chairman), Dr. Brad Jurkovich (Vice Chairman), Mr. Charles Armstrong (Treasurer), Dr. Scott Colter (Secretary), Mrs. Linda Behan, Mr. Nathan Cole, Dr. David Mahfouz, Mr. Armour Patterson, Mrs. Dorothy Patterson, Mr. Paul Spann, Dr. Chris Thompson

| | |
|---|---|
| Date: | June 23, 2026 |
| Signature: | *[signature]* |
| Print Name: | Sam E. Taylor, II |
| Bar Number: | TX: 19722700 |
| Address: | 10940 West Sam Houston Pky |
| City, State, Zip: | Houston, Texas 77064 |
| Telephone: | 713.659.5200 |
| Fax: | 713.659.2204 |
| E-Mail: | sam.taylor@lanierlawfirm.com |

**NOTE:** To electronically file this document, you will find the event in our Case Management (CM/ECF) system, under Civil => Other Documents => Certificate of Interested Persons/Disclosure Statement.