# UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF TEXAS
## FORT WORTH DIVISION

| | | |
|---|---|---|
| WESLEASE 2018 OPERATING LP, J. ROBERT FORSHEY, Receiver<br>　　　Plaintiffs,<br><br>v.<br><br>SANDY CREEK FOUNDATION, MITCHEL BROWN, CHRISTIANSON ANDERSON, ASHLIE ANDERSON, RICHARD COAKLEY, JOE D. BALLARD, BUFFALO CREEK SURVEYOR, LLC, PAT POTTS, MARK SUTTON, RUSSELL BROWN, BRATHWAITE PRIME, THOMAS GASS, VICTORY LIFE PENTECOSTAL CHURCH OF FORT WORTH, INC., WHITNEY MARTIN, JUSTIN MARTIN<br>　　　*Defendants.* | § § § § § § § § § § § § § § § § § § § | Civil Action No. 4:26-cv-00631-P |

## DEFENDANT RUSSEL BROWN'S ORIGINAL ANSWER

**COMES NOW**, Defendant, Russell Brown, (hereinafter referred to as "Defendant") and files this his Answer to Plaintiff's Amended Complaint, (hereinafter referred to as the "Complaint") and would respectfully show the Court the following:

## I.　　GENERAL DENIAL

Pursuant to Rule 8(b) of the Federal Rules of Civil Procedure, Defendant denies each and every allegation contained in Plaintiff's Amended Complaint and demand strict proof thereof, unless expressly admitted herein.

## RESPONSES TO SPECIFIC ALLEGATIONS

1. Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in paragraphs 1-21 and paragraphs 23, 24 and 25.

2. For purpose of response to Paragraph 22, Defendant admits that he is a natural person residing in Main who may be served at the address stated and admits that he received a check drawn on the referenced account. Defendant denies the stated date and check number to the extent they are inconsistent with the instrument itself and denies any allegation or characterization that the funds were fraudulently transferred, were transferred without good faith, were received without reasonably equivalent value or for value, or that Defendant had any knowledge of the matters alleged in this case. Except as expressly admitted, the allegations of Paragraph 22 are denied.

3. Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in paragraphs 26-49.

4. Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in the section labeled "VII. Prayer".

## III. AFFIRMATIVE DEFENSES

5. **Failure to state a claim:** Plaintiff fails to state a claim upon which relief can be granted.

6. **Value via satisfaction of antecedent debt:** Any funds Defendant received were taken for value within the meaning of Tex. Bus. & Com. Code §§ 24.003 and 24.004(a), because the transfer satisfied or partially satisfied an antecedent debt owed to Defendant.

7. **Good Faith Transferee:** Defendant took any funds in good faith and for value and is protected from avoidance and liability under Tex. Bus. & Com. Code § 24.009(a), and his liability, if any, is limited as provided in Tex. Bus. & Com. Code § 24.009(b)–(d).

8. **Lack of intent or knowledge:** Defendant had no knowledge of, and did not participate in, any alleged intent of Dale or Linda Behan or River North Farms Inc. to hinder, delay, or defraud any creditor, including Plaintiff.

9. **Unjust Enrichment:** Plaintiff would be unjustly enriched if permitted to recover funds for which Defendant provided value or reasonably equivalent value.

10. **Setoff and credit:** In the event any transfer to Defendant is avoided in whole or in part, Defendant is entitled to a setoff, credit, or reduction in the amount of any value he gave, including the amount of any antecedent debt satisfied, as provided by TUFTA and applicable law.

## VI. PRAYER

**WHEREFORE**, Defendant Russell Brown respectfully prays (1) that the Court enter a take nothing judgment on all Plaintiff's claims and Plaintiff does not receive her costs of court, or alternatively; (2) that any damages awarded to Plaintiff be reduced or barred pursuant to Defendant's affirmative defenses; and (3) for such other and further relief, both general and specific, to which Defendant may be justly entitled.

Respectfully submitted,

By:  /S/ *MICHAEL R. CRAMER*
Michael R. Cramer
Texas State Bar Number: 00790526
2255 Ridge Road – Suite 208
Rockwall, Texas 75087
Telephone: 972-682-9902
Facsimile: 972-767-3262
Michael@MrcTexLaw.com
**ATTORNEY FOR DEFENDANT**
**RUSSELL BROWN**

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on 24th June 2026 I electronically filed the foregoing with the clerk of the Court using the CM/ECF system that will send notice of the electronic filing to all parties of record.

*/S/ MICHAEL R. CRAMER*
Michael R. Cramer