UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| WESLEASE 2018 OPERATING LP, | ) | |
| J. ROBERT FORSHEY, Receiver, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| vs. | ) | Case No.:  4:26-cv-00631-O |
| | ) | |
| SANDY CREEK FOUNDATION, | ) | |
| MITCHEL BROWN, CHRISTIANSON | ) | |
| ANDERSON, ASHLIE ANDERSON, | ) | |
| RICHARD COAKLEY, JOE D. BALLARD, | ) | |
| BUFFALO CREEK SURVEYOR, LLC, | ) | |
| PAT POTTS, MARK SUTTON, RUSSELL | ) | |
| BROWN, BRATHWAITE PRIME, | ) | |
| THOMAS GASS, VICTORY LIFE | ) | |
| PENTECOSTAL CHURCH OF FORT | ) | |
| WORTH, INC., WHITNEY MARTIN, | ) | |
| JUSTIN MARTIN, | ) | |
| Defendants. | ) | |

## ANSWER OF DEFENDANT MITCHEL BROWN TO PLAINTIFFS' AMENDED COMPLAINT

COMES NOW Mitchel Brown, through counsel, and answers Plaintiff's Amended

Complaint as follows:

1. Defendant is without sufficient knowledge or information to form a belief as to the

   truth of the allegations contained in paragraph 1 and therefore denies the same.

2. Defendant is without sufficient knowledge or information to form a belief as to the

   truth of the allegations contained in paragraph 2 and therefore denies the same.

3. Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in paragraph 3 and therefore denies the same.

4. Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in paragraph 4 and therefore denies the same.

5. Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in paragraph 5 and therefore denies the same.

6. Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in paragraph 6 and therefore denies the same.

7. Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in paragraph 7 and therefore denies the same.

8. Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in paragraph 8 and therefore denies the same.

9. Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in paragraph 9 and therefore denies the same.

10. Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in paragraph 10 and therefore denies the same.

11. Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in paragraph 11 and therefore denies the same.

12. Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in paragraph 12 and therefore denies the same.

13. Defendant states that in the event any of the transfers referred to in Paragraph 13 of the Amended Complaint were made to Galileo Energy Solutions, they were made as proper consideration into the entity called Galileo Energy Solutions, a holding

company, for an investment in Global Redemption Company, LLC, in which the investor was given an approximate 10% interest in this startup company.

14. Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in paragraph 14 and therefore denies the same.

15. Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in paragraph 15 and therefore denies the same.

16. Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in paragraph 16 and therefore denies the same.

17. Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in paragraph 17 and therefore denies the same.

18. Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in paragraph 18 and therefore denies the same.

19. Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in paragraph 19 and therefore denies the same.

20. Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in paragraph 20 and therefore denies the same.

21. Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in paragraph 21 and therefore denies the same.

22. Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in paragraph 22 and therefore denies the same.

23. Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in paragraph 23 and therefore denies the same.

24. Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in paragraph 24 and therefore denies the same.

25. Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in paragraph 25 and therefore denies the same.

26. Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in paragraph 26 and therefore denies the same.

27. Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in paragraph 27 and therefore denies the same.

28. Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in paragraph 28 and therefore denies the same.

29. Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in paragraph 29 and therefore denies the same.

30. Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in paragraph 30 and therefore denies the same.

31. Defendant states that in the event any of the transfers referred to in Paragraph 13 of the Amended Complaint were made to Galileo Energy Solutions, they were made as proper consideration into the entity called Galileo Energy Solutions, a holding company, for an investment in Global Redemption Company, LLC, in which the investor was given an approximate 10% interest in this startup company.

32. Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in paragraph 32 and therefore denies the same.

33. Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in paragraph 33 and therefore denies the same.

34. Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in paragraph 34 and therefore denies the same.

35. Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in paragraph 35 and therefore denies the same.

36. Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in paragraph 36 and therefore denies the same.

37. Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in paragraph 37 and therefore denies the same.

38. Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in paragraph 38 and therefore denies the same.

39. Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in paragraph 39 and therefore denies the same.

40. Paragraph 40 requires no response.

41. Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in paragraph 41 and therefore denies the same.

42. Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in paragraph 42 and therefore denies the same.

43. Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in paragraph 43 and therefore denies the same.

44. Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in paragraph 44 and therefore denies the same.

45. Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in paragraph 45 and therefore denies the same.

46. Paragraph 46 requires no response.

47. Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in paragraph 47 and therefore denies the same.

48. Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in paragraph 48 and therefore denies the same.

49. Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in paragraph 49 and therefore denies the same.

WHEREFORE, Defendant Mitchel Brown prays that the Court dismiss Plaintiff's Amended Complaint against him with prejudice, and that he have and recover his costs herein and such other relief as the Court deems proper.

Dated:   July 6, 2026

> Respectfully submitted,
>
> RUBENSTEIN & PITTS, PLLC
>
>
> By s/ Leif Swedlow
> Leif Swedlow, OBA #17710
> 1503 E. 19th St.
> Edmond, OK  73013
> Phone:  405-340-1900
> Facsimile:  405-340-1001
> lswedlow@oklawpartners.com
> Attorney for Defendant Mitchel Brown

CERTIFICATE OF SERVICE

I hereby certify that on July 6, 2026, a true and correct copy of the foregoing Answer of Defendant Mitchel Brown to Plaintiff's Amended Complaint was served upon counsel of record through the ECF System, including:

Justin N. Bryan
jbryan@mccathernlaw.com

Jonathan M. Vivat
jvivat@mccathernlaw.com
Attorneys for Weslease

J. Robert Forshey  - Receiver
Bobby.forshey@vhh.law

s/ Leif Swedlow
Leif Swedlow