| | | |
|---|---|---|
| **WESLEASE 2018 OPERATING LP, J.** **ROBERT FORSHEY, Receiver** | § § § | |
| *Plaintiffs*, | § § § | |
| **vs.** | § § | |
| **SANDY CREEK FOUNDATION, MITCHEL** **BROWN, CHRISTIANSON ANDERSON,** **ASHLIE ANDERSON, RICHARD** **COAKLEY, JOE D. BALLARD, BUFFALO** **CREEK SURVEYOR, LLC, PAT POTTS,** **MARK SUTTON, RUSSELL BROWN,** **BRATHWAITE PRIME, THOMAS GASS,** **VICTORY LIFE PENTECOSTAL CHURCH** **OF FORT WORTH, INC., WHITNEY** **MARTIN, JUSTIN MARTIN** | § § § § § § § § § § § | **Case No: 4:26-cv-00631-P** |
| *Defendants*. | § § | |

## PLAINTIFFS' WRITTEN REQUEST FOR CLERK TO ENTER DEFAULT JUDGMENT AGAINST DEFENDANT BRATHWAITE PRIME

Plaintiffs Weslease 2018 Operating LP ("Weslease") and J. Robert Forshey, Receiver, (collectively, "Plaintiffs") hereby request that the Clerk of Court enter a default judgment pursuant to Federal Rule of Civil Procedure 55(b)(1), requesting that the Clerk enter a default judgment against Defendant Brathwaite Prime for Defendant's failure to answer. Attached hereto in an unsworn declaration—in lieu of an affidavit pursuant to 28 U.S. Code § 1746—in support of Plaintiff's request for default judgment against Defendant Brathwaite Prime.

**MCCATHERN, PLLC**

By: */s/ Justin N. Bryan*
Justin N. Bryan
State Bar No. 24072006

jbryan@mccathernlaw.com
Jonathan M. Vivat
State Bar No. 24149779
jvivat@mccathernlaw.com

Regency Plaza
3710 Rawlins Street, Suite 1600
Dallas, Texas 75219
Telephone: 214.741.2662
Facsimile: 214.741.4717

**ATTORNEYS FOR PLAINTIFF**

**-AND-**

**VARTABEDIAN HESTER & HAYNES LLP**

*/s/ J. Robert Forshey*\*
J. Robert Forshey
State Bar No. 07264200
Bobby.forshey@vhh.law

301 Commerce Street, Suite 2200
Fort Worth, Texas 76102
Telephone: 817-214-4990
Facsimile: 817-214-4988

\*E-signature added with permission.

**RECEIVER**

**CERTIFICATE OF SERVICE**

I hereby certify that on July 16, 2026 a true and correct copy of the foregoing was served on all counsel of record via the Court's ECF system.

*/s/ Jonathan M. Vivat*
Jonathan M. Vivat

| | | |
|---|---|---|
| WESLEASE 2018 OPERATING LP, J. | § | |
| ROBERT FORSHEY, Receiver | § | |
| | § | |
| *Plaintiffs,* | § | |
| | § | |
| vs. | § | |
| | § | |
| SANDY CREEK FOUNDATION, MITCHEL | § | Case No: 4:26-cv-00631-P |
| BROWN, CHRISTIANSON ANDERSON, | § | |
| ASHLIE ANDERSON, RICHARD | § | |
| COAKLEY, JOE D. BALLARD, BUFFALO | § | |
| CREEK SURVEYOR, LLC, PAT POTTS, | § | |
| MARK SUTTON, RUSSELL BROWN, | § | |
| BRATHWAITE PRIME, THOMAS GASS, | § | |
| VICTORY LIFE PENTECOSTAL CHURCH | § | |
| OF FORT WORTH, INC., WHITNEY | § | |
| MARTIN, JUSTIN MARTIN | § | |
| | § | |
| *Defendants.* | § | |

## DECLARATION IN SUPPORT OF MOTION FOR DEFAULT JUDGMENT

I, Justin Bryan, declare under penalty of perjury that the following facts are true and correct to the best of my information and belief:

1. I am the attorney for Plaintiff Weslease 2018 Operating LP in this action.

2. On June 2, 2026, at 3:30 p.m., Plaintiff Weslease served its Original Complaint on Defendant. Defendant Brathwaite's answer was due on Tuesday, June 23, 2026. FED. R. CIV. P. 12 (A)(1)(a)(i) (21-day deadline). Defendant failed to answer or otherwise appear by the deadline. Therefore, Plaintiffs are entitled to a default judgment against Defendant Brathwaite Prime. Attached as **Exhibit A** and incorporated herein by reference is a true and correct copy of the Proof

of Service showing that process was forwarded to Defendant Brathwaite Prime through its registered agent on June 2, 2026.

3. The claim for Plaintiff is for the sum certain of $50,000 plus interest from the date of judgment as provided by law, together with the costs of this action.

4. Although there was a minor typographical error in the name of Defendant in the summons and complaint—"Braithwaite" Prime instead of "Brathwaite" Prime—the summons and Original Complaint were served on the registered agent of the intended defendant, Defendant Brathwaite Prime.

5. I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct.

6. Executed on July 8, 2026 in Dallas County, Dallas, Texas.

Justin N. Bryan

**ATTORNEY FOR PLAINTIFF**
**WESLEASE 2018 OPERATING**
**LP**

# EXHIBIT A

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of Texas

| | | |
|---|---|---|
| Weslease 2018 Operating LP | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No.  4:26-cv-00631-O |
| | ) | |
| Sandy Creek Foundation, et al | ) | |
| *Defendant* | ) | |

## Summons in a Civil Action

**TO:** Braithwaite Prime

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) -- or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) -- you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or the plaintiff's attorney, whose name and address are:

Justin Bryan
3710 Rawlins, Suite 1600
Dallas , TX 75229

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

DATE: 05/22/2026

_Signature of Clerk or Deputy Clerk_

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No.  4:26-cv-00631-O

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

BRATHWAITE PRIME

This summons for (*name of individual and title, if any*)
was received by me on (*date*) 5/26/2026 AT 2:45 PM _____

☐ I personally served the summons on the individual at (*place*) _____
_____ on (*date*) _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with (*name*) _____
_____, a person of suitable age and discretion who resides there,
on (*date*) _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on (*name of individual*) Sharon Kunz _____, who is designated
by law to accept service of process on behalf of (*name of organization*) Capital Administrations LLC who is the
registered agent for Brathwaite Prime _____ on (*date*) 6/2/2026 at 3:30 pm _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ other (*specify*) _____
_____

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____

I declare under penalty of perjury that this information is true.

Date: 6/4/2026 _____

Server's signature

GREGORY GOODWINE

Printed name and title

5999 CUSTER RD #110-315 FRISCO, TEXAS 75035

Server's address

Additional information regarding attempted service, etc:

FRS-26-5182