| | | |
|---|---|---|
| **WESLEASE 2018 OPERATING LP, J. ROBERT FORSHEY, Receiver** | § § § | |
| *Plaintiffs,* | § § § | |
| **vs.** | § § | |
| **SANDY CREEK FOUNDATION, MITCHEL BROWN, CHRISTIANSON ANDERSON, ASHLIE ANDERSON, RICHARD COAKLEY, JOE D. BALLARD, BUFFALO CREEK SURVEYOR, LLC, PAT POTTS, MARK SUTTON, RUSSELL BROWN, BRATHWAITE PRIME, THOMAS GASS, VICTORY LIFE PENTECOSTAL CHURCH OF FORT WORTH, INC., WHITNEY MARTIN, JUSTIN MARTIN** | § § § § § § § § § § § § § | **Case No: 4:26-cv-00631-P** |
| *Defendants.* | § § | |

**PLAINTIFFS' MOTION FOR SUBSTITUTED SERVICE ON
DEFENDANTS JOE D. BALLARD AND BUFFALO CREEK SURVEYOR, LLC**

Plaintiffs Weslease 2018 Operating LP ("Weslease") and J. Robert Forshey, Receiver, (collectively, "Plaintiffs") move for substituted service on Defendants Joe D. Ballard and Buffalo Creek Surveyor, LLC (collectively, "Defendants"), and would respectfully show the Court as follows:

## I.  SUMMARY OF MOTION

1.  Despite its diligent efforts, Weslease has been unable to effectuate service on Defendants due to violent threats made by an individual at Defendant Ballard's usual place of abode, which is located at the address for Joe Ballard, the registered agent of Defendant Buffalo Creek, LLC. Such threats were made to Weslease's process server at the time of attempted personal

service. Because the threats of violence have made personal service on Defendants impractical, Plaintiffs seek leave of the Court to effectuate alternative service on Defendants by one of a variety of means reasonably effective to give Defendants notice of this suit.

## II. FACTUAL BACKGROUND

2. In 2021 and 2022, Plaintiff, a Canadian fund created to provide relief for victims of securities fraud, secured two federal court judgments against Dale and Linda Behan. The Behans currently owe Weslease approximately $9 million pursuant to these judgments. After the judgments became final, the Behans transferred funds through their company River North Farms to numerous third parties, including $724,250.00 to the named Defendants in this suit.

3. Subsequently, Weslease filed its Original Complaint asserting legal claims for fraudulent transfer under the Texas Uniform Fraudulent Transfer Act and equitable claims for money had and received against the named defendants on May 22, 2026. Weslease seeks to recover the funds wrongfully transferred by the Behans and held by the named defendants after entry of the judgments. After filing its complaint, Weslease diligently attempted to serve process on each of the fifteen (15) named defendants. Thus far, Weslease has successfully served about ten (10) of the named defendants.

4. Weslease engaged David Lee Chapman, Jr., a process server for Dallas Civil Process & Notary, to serve copies of the summons on Defendants. Chapman's Declarations in Support of Substitute Service, made under penalty of perjury, are attached hereto as **Exhibits A** (Defendant Ballard) and **B** (Defendant Buffalo Creek). On June 4, 2026, Chapman attempted to serve the summons on Defendants via personal service on Defendant Ballard at 610 County Road 1213, Kopperl, Texas 76652 (the "Kopperl Property"), a property which the Bosque County Central Appraisal District records confirm is owned by Defendant Ballard and his wife, Dawn

Ballard. **Ex. A**. When the server knocked on the door of the residence located at that property, an unidentified man inside the residence threatened to "sick the dog on me." **Ex. A**. Facing such threats, Chapman immediately left the premises without completing service on Defendants.

5.    Chapman subsequently attempted to call Defendant Ballard to discuss service of process. On the call, the individual verbally harassed Chapman, declared that he "will not take any papers" from the process server, and abruptly ended the call. **Ex. A**. Chapman has not attempted service on Defendants since the phone call.

### III.    ARGUMENT AND AUTHORITIES

#### A.    Federal law permits substituted service in accordance with Texas law.

6.    Plaintiffs seek leave from the Court to effectuate substituted service on Defendants pursuant to Federal Rules of Civil Procedure 4(e)(1) and 4(h)(1) and Texas Rule of Civil Procedure 106(b). Rule 4 of the Federal Rules of Civil Procedure authorizes a party to serve process on an individual and an unincorporated association according to the laws of the state where the district court in which the action is pending is located. FED. R. CIV. P. 4(e)(1), 4(h)(1). Under Texas Rule of Civil Procedure 106(b), upon a motion by the party seeking to effectuate service, a court may authorize service by means other than personal service or service by certified mail. TEX. R. CIV. P. 106(b). Substituted service is proper under Texas Rule of Civil Procedure 106(b) where the motion is supported by a statement made under penalty of perjury listing any location where the defendant can probably be found and setting forth facts showing that service has been attempted unsuccessfully at the location specified in the statement. *Id.*; *Viahart, L.L.C. v. GangPeng*, No. 21-40166, 2022 WL 445161 at *2 (5th Cir. Feb. 14, 2022) (citing *Wilson v. Dunn*, 800 S.W.2d 833, 836 (Tex. 1990)).

**B. Defendants are likely to be found at the Kopperl Property.**

7.      Defendants are likely to be found at the Kopperl Property. Defendant Ballard is the owner of the Kopperl Property according to the Bosque County Central Appraisal District, and Defendant Ballard presumably resides at the Kopperl Property. Because Defendant Ballard is the registered agent of Buffalo Creek, service on Defendant Ballard at his residence is effective as service on Buffalo Creek. *See* TEX. BUS. & COMM. CODE § 5.201(b).

8.      David Lee Chapman, Jr., Weslease's authorized process server, attempted service of the summons on Defendants on June 4, 2026, in compliance with Federal Rule of Civil Procedure 4(e) and Texas Rule of Civil Procedure 106(a). Chapman attempted personal service at the Kopperl Property. Chapman's attempted service failed after an individual located at the residence threatened violence against Chapman.

9.      Due to the ongoing threats of violence against Weslease's process server, personal service on Defendants is impractical through the exercise of reasonable diligence. Further, service by certified mail in accordance with Texas Rule of Civil Procedure 106(a)(2) is impractical due to Defendants' refusal to accept any papers from Weslease or its process servers, as explained in Chapman's Declarations:

> When I called him, he told me "You are trying to bring harm to me and my family. I WILL NOT take any papers from you, and you can tell everyone including that guy that came to get the fuck off my property!!!! He literally screamed the whole time. I stayed calm and tried to tell him that I only deliver papers for the court and have no interest in the suit but he hung up on me."

**C. Substituted service is critical to preventing further transfers of assets.**

10.     Substituted service is vital in this case to ensure that Plaintiffs may recover the full amount it is owed pursuant to the Behan judgments. Under the Texas Uniform Fraudulent Transfer Act, a creditor is entitled to recover only the fraudulently transferred assets or the proceeds of such

assets that are either in the defendant's possession or that have been transferred to a third party who did not provide value in exchange for the transfer. TEX. BUS. & COMM. CODE §§ 24.008, 24.009; *see also Sargeant v. Al Saleh*, 512 S.W.3d 399, 413 (Tex. App.—Corpus Christi 2016, no pet.). Plaintiffs' inability to effectuate substituted service on Defendants will delay Plaintiffs in putting Defendants on notice that assets in their possession may be subject to Plaintiffs' claims. Such delay may be prejudicial to Plaintiffs if Defendants transfer the funds received from the Behans to third parties who give value. *See* TEX. BUS. & COMM. CODE § 24.009.

**D. Service by regular first-class mail and service by posting are sufficient to put Defendants on notice of this lawsuit because they own the property to which process will be sent.**

11.     Service by regular first-class mail is sufficient to apprise Defendants of this lawsuit because the Kopperl Property matches the publicly available address for Defendant Ballard, who is the registered agent for Defendant Buffalo Creek, and the address is occupied. **Exs. A, B**. Service of the summons and complaint on Defendants by first-class mail to 610 County Road 1213, Kopperl, Texas 76652 would be reasonably effective to give Defendants notice of this suit. *See Hunsinger v. TOT Investments LLC*, No. 3:21-CV-2702-M-BH, 2022 WL 60348, at *2 (N.D. Tex. Jan. 6, 2022) ("[F]ederal district courts in Texas have considered federal Rule 4(e) and Texas Rule 106(b) together in allowing substituted service by regular first class mail,"); *see, e.g.*, *Mockingbird Dental Group., P.C. v. Carnegie*, No. 4:15-CV-404-A, 2015 WL 4231746, at *1–2 (N.D. Tex. July 10, 2015) (authorizing substituted service by regular U.S. mail but denying service by email under the prior version of TEX. R. CIV. P. 106(b), which did not expressly provide for service by electronic means); *Salazar v. Tri-Lam Roofing & Waterproofing, Inc.*, No. 3:19-CV-0823-K, 2019 WL 13200034 at *2 (N.D. Tex. June 12, 2019) (authorizing substituted service by mail pursuant to state law). Service on Defendants by attaching the summons and complaint to the front door of

Defendant Ballard's usual place of abode would also be reasonably effective to give Defendants notice of this suit. *See id.*; **Exs. A, B**.

**E. Service by email is sufficient to put Defendants on notice of this lawsuit because there is evidence that Defendants own the email addresses to which process will be sent.**

12. Furthermore, service by email is sufficient to apprise Defendants of this lawsuit because a currently active website, which appears to be operated by Buffalo Creek Surveyor, LLC (buffalocreeksurveyor.com) lists the email address of Joe Ballard as Joe.buffalocreeksurveyor@gmail.com and the office email addresses for Buffalo Creek as info@buffalocreeksurveyor.com and Sierra.buffalocreeksurveyor@gmail.com. Early this year, Weslease's counsel sent emails to Joe.buffalocreeksurveyor@gmail.com and Sierra.buffalocreeksurveyor@gmail.com, and the emails were successfully delivered. A true and correct copy of these emails is attached hereto as **Exhibit C**. Since the above website containing these email addresses is active, and since counsel's emails were successfully delivered to such addresses, there is evidence that Defendants own these email addresses. TEX. R. CIV. P. 106 cmt. 2020 ("In determining whether to permit electronic service of process, a court should consider whether the technology actually belongs to the defendant and whether the defendant regularly uses or recently used the technology."); *see also* **Ex. C**.

**F. Service on Defendants through the Texas Secretary of State is proper under the Texas Business Organizations Code.**

13. Moreover, under Texas law, the Texas Secretary of State is authorized to accept service on behalf of a Texas limited liability company where the registered agent of the limited liability company cannot with reasonable diligence be found at the registered office of the entity. TEX. BUS. ORGS. CODE § 5.251; *see also* TEX. BUS. ORGS. CODE § 1.002(22) (providing that a

limited liability company is a "filing entity" under the Code). Weslease's process server could not with reasonable diligence serve Buffalo Creek at the address of Defendant Ballard. Service of the summons and complaint on the Texas Secretary of State would be effective notice as to both Defendant Ballard and Defendant Buffalo Creek because Defendant Ballard is the registered agent of Buffalo Creek and would receive notice through the same method as Buffalo Creek.

12. Accordingly, Plaintiffs request leave from the Court to effect substituted service of the summons and Original Complaint or any amendment thereto on Defendants under Federal Rules of Civil Procedure 4(e)(1), 4(h)(1)(A) and Texas Rule of Civil Procedure 106(b) through any of the following means:

a. by regular first-class mail to 610 County Road 1213, Kopperl, Texas 76652;

b. by posting/attaching the summons and complaint to Defendants' residence to 610 County Road 1213, Kopperl, Texas 76652;

c. by serving the Texas Secretary of State;

d. by email to the email addresses of the Defendants (Joe.buffalocreeksurveyor@gmail.com; info@buffalocreeksurveyor.com; Sierra.buffalocreeksurveyor@gmail.com).

### IV.   PRAYER

12. For the foregoing reasons, Plaintiff respectfully requests that the Court grant this Motion for Substituted Service on Defendants Joe D. Ballard and Buffalo Creek Surveyors, LLC, and enter an Order authorizing Plaintiff to effect alternative service on Defendants by one of the methods set forth in this Motion.

Respectfully Submitted,

**MCCATHERN, PLLC**

By: */s/ Justin N. Bryan*
Justin N. Bryan
State Bar No. 24072006
jbryan@mccathernlaw.com
Jonathan M. Vivat
State Bar No. 24149779
jvivat@mccathernlaw.com

Regency Plaza
3710 Rawlins Street, Suite 1600
Dallas, Texas 75219
Telephone: 214.741.2662
Facsimile: 214.741.4717

**ATTORNEYS FOR PLAINTIFF**

**-AND-**

**VARTABEDIAN HESTER & HAYNES LLP**

*/s/ J. Robert Forshey* *
J. Robert Forshey
State Bar No. 07264200
Bobby.forshey@vhh.law

301 Commerce Street, Suite 2200
Fort Worth, Texas 76102
Telephone: 817-214-4990
Facsimile: 817-214-4988

*E-signature added with permission.

**RECEIVER**

**CERTIFICATE OF SERVICE**

I hereby certify that on July 16, 2026 a true and correct copy of the foregoing was served on all counsel of record via the Court's ECF system.

*/s/ Jonathan M. Vivat*
Jonathan M. Vivat

# EXHIBIT A

# CIVIL ACTION NO. 4:26-CV-00631-0

WESLEASE 2018 OPERATING LP                          §                    UNITED STATES DISTRICT COURT
                                                    §
                          Plaintiff,                §
VS.                                                 §        FOR THE NORTHERN DISTRICT OF TEXAS
                                                    §
SANDY CREEK FOUNDATION, ET                          §
                          Defendant.                §

## DECLARATION IN SUPPORT OF SUBSTITUTE SERVICE

"The following came to hand on **May 22, 2026, 5:48 pm**,

**SUMMONS IN A CIVIL ACTION , PLAINTIFF'S ORIGINAL COMPLAINT,**

For delivery to **JOE D. BALLARD AT 610 COUNTY ROAD 1213 KOPPERL, TEXAS 76552 WHICH IS HIS USUAL PLACE OF ABODE AND WHERE HE IS MOST LIKELY TO BE FOUND.**

1) Unsuccessful Attempt: Jun 4, 2026, 2:17 pm CDT at Home: 610 County Road 1213, Kopperl, TX 76652

I went up to the door and knocked, I saw a thinner elderly man jump out of his seat in the living room, He came to the door and looked at the papers, didn't identify himself and then had a full meltdown threatening me that he is going to "Sick the dog on me", etc. I returned to my car as he was screaming "leave" at the top of his lungs. We couldn't drop-serve him because we can't locate a picture of him to identify him and he refused to identify himself.

When I called him, he told me "You are trying to bring harm to me and my family. I WILL NOT take any papers from you, and you can tell everyone including that guy that came to get the fuck off my property!!!! He literally screamed the whole time. I stayed calm and tried to tell him that I only deliver papers for the court and have no interest in the suit but he hung up on me."

According to the Bosque County CAD, Joe and Dawn Ballard are the owners of 610 County Rd 1213 Kopperl, Texas 76652

I have made diligent efforts to deliver said papers to **JOE D. BALLARD** . I have made an attempt at their residence address as described above. I believe an efficient way to effect service is by leaving a copy with anyone over 16 years of age or by securely attaching the SUMMONS IN A CIVIL ACTION , PLAINTIFF'S ORIGINAL COMPLAINT, attached, with tape to the front door of **JOE D. BALLARD** 's residence, where it is sure to be seen by someone at the residence, or in any other manner the affidavit or evidence before the court shows will be reasonably effective to give the defendant notice of the suit.

I am a person over eighteen (18) years of age and I am competent to make this declaration. I am a resident of the State of Texas. I am familiar with the Texas Rules of Civil Procedure as they apply to service of Process. I am not a party to this suit nor related or affiliated with any herein, and have no interest in the outcome of the suit. I have never been convicted of a felony or of a misdemeanor involving moral turpitude. I have personal knowledge of the facts stated herein and they are true and correct."

My name is **David Lee Chapman, Jr**, I am at least 18 years old, and my address is **4615 Francis Court, Granbury, TX 76049**, and **United States of America.** I declare under penalty of perjury that the foregoing is true and correct.

Executed in **Hood** County, State of **TEXAS**, on **June 11, 2026.**

**David Lee Chapman, Jr**
**Certification Number: PSC#21016**
**Certification Expiration: 4/30/2028**

# EXHIBIT B

# CIVIL ACTION NO. 4:26-CV-00631-0

| | | |
|---|---|---|
| WESLEASE 2018 OPERATING LP | § | UNITED STATES DISTRICT COURT |
| | § | |
| Plaintiff, | § | |
| VS. | § | FOR THE NORTHERN DISTRICT OF TEXAS |
| | § | |
| SANDY CREEK FOUNDATION, ET | § | |
| Defendant. | § | |

## <u>DECLARATION IN SUPPORT OF SUBSTITUTE SERVICE</u>

"The following came to hand on **May 22, 2026, 5:48 pm**,

**SUMMONS IN A CIVIL ACTION , PLAINTIFF'S ORIGINAL COMPLAINT,**

For delivery to **BUFFALO CREEK SURVEYOR, LLC BY DELIVERING TO ITS REGISTERED AGENT JOE D. BALLARD AT 610 COUNTY ROAD 1213 KOPPERL, TEXAS 76552 WHICH IS HIS USUAL PLACE OF ABODE AND WHERE HE IS MOST LIKELY TO BE FOUND.**

1) Unsuccessful Attempt: Jun 4, 2026, 2:17 pm CDT at Home: 610 County Road 1213, Kopperl, TX 76652

I went up to the door and knocked, I saw a thinner elderly man jumped out of his seat in the living room, He came to the door and looked at the papers, didn't identify himself and then had a full meltdown threatening me that he is going to "Sick the dog on me", etc. I returned to my car as he was screaming "leave" at the top of his lungs. We couldn't drop-serve him because we can't locate a picture of him to identify him and he refused to identify himself.

When I called him, he told me "You are trying to bring harm to me and my family. I WILL NOT take any papers from you, and you can tell everyone including that guy that came to get the fuck off my property!!!! He literally screamed the whole time. I stayed calm and tried to tell him that I only deliver papers for the court and have no interest in the suit but he hung up on me."

According to the Bosque County CAD, Joe and Dawn Ballard are the owners of 610 County Rd 1213 Kopperl, Texas 76652

I have made diligent efforts to deliver said papers to **BUFFALO CREEK SURVEYOR, LLC BY DELIVERING TO IT'S REGISTERED AGENT JOE D. BALLARD.** I have made an attempt at their residence address as described above. I believe an efficient way to effect service is by leaving a copy with anyone over 16 years of age or by securely attaching the SUMMONS IN A CIVIL ACTION , PLAINTIFF'S ORIGINAL COMPLAINT, attached, with tape to the front door of **BUFFALO CREEK SURVEYOR, LLC BY DELIVERING TO ITS REGISTERED AGENT JOE D. BALLARD**'s residence, where it is sure to be seen by someone at the residence, or in any other manner the affidavit or evidence before the court shows will be reasonably effective to give the defendant notice of the suit.

I am a person over eighteen (18) years of age and I am competent to make this declaration. I am a resident of the State of Texas. I am familiar with the Texas Rules of Civil Procedure as they apply to service of Process. I am not a party to this suit nor related or affiliated with any herein, and have no interest in the outcome of the suit. I have never been convicted of a felony or of a misdemeanor involving moral turpitude. I have personal knowledge of the facts stated herein and they are true and correct."

My name is **David Lee Chapman, Jr**, I am at least 18 years old, and my address is **4615 Francis Court, Granbury, TX 76049**, and **United States of America.** I declare under penalty of perjury that the foregoing is true and correct.

Executed in **Hood** County, State of **TEXAS**, on **June 11, 2026.**

**David Lee Chapman, Jr**
**Certification Number: PSC#21016**
**Certification Expiration: 4/30/2028**

# EXHIBIT C

| **From:** | Jonathan Vivat |
|---|---|
| **To:** | "joe.buffalocreeksurveyor@gmail.com" |
| **Cc:** | Justin N. Bryan |
| **Subject:** | Pre-Lawsuit Demand to Ballard – Receipt of Fraudulent Asset Transfer - River North Farms (Behans) |
| **Date:** | Thursday, November 13, 2025 5:22:00 PM |
| **Attachments:** | 2025-11-13 - Letter to Joe D. Ballard (1).pdf |

Mr. Ballard,

Please see the attached demand letter.

Jonathan M. Vivat

*Associate Attorney*

3710 Rawlins Street, Suite 1600
Dallas, Texas 75219

**o:** 214.741.2662 | **f:** 214.741.4717

jvivat@mccathernlaw.com



This electronic transmission (and/or the documents accompanying it) may contain confidential information belonging to the sender that is protected by the Electronic Communications Privacy Act, 18 U.S.C. Sections 2510 and 2521 and may be legally privileged. This message (and any associated files) is intended only for the use of the individual or entity to which it is addressed and may contain information that is confidential, subject to copyright or constitutes a trade secret. If you are not the intended recipient you are hereby notified that any dissemination, copying or distribution of this message, or files associated with this message, is strictly prohibited. If you have received this communication in error, please notify McCathern, PLLC immediately by telephone 214.741.2662 and destroy the original message. Messages sent to and from us may be monitored.

| From: | Jonathan Vivat |
|---|---|
| To: | "sierra.buffalocreeksurveyor@gmail.com"; "joe.buffalocreeksurveyor@gmail.com" |
| Subject: | RE: Pre-Lawsuit Demand to Buffalo Creek – Receipt of Fraudulent Asset Transfer - River North Farms (Behans) |
| Date: | Tuesday, January 6, 2026 10:22:00 AM |

Good morning,

I am following up on our outstanding demand, as we have not received any response to our demand letter below.

Please respond no later than this Friday, January 9, 2026. Your continued failure to respond will leave our client with no alternative but to file suit.

Best,

Jonathan M. Vivat

*Associate Attorney*

3710 Rawlins Street, Suite 1600
Dallas, Texas 75219

**o:** 214.741.2662 | **f:** 214.741.4717

jvivat@mccathernlaw.com



MCCATHERN — DALLAS FRISCO HOUSTON LOS ANGELES
SHOKOUHI · EVANS

This electronic transmission (and/or the documents accompanying it) may contain confidential information belonging to the sender that is protected by the Electronic Communications Privacy Act, 18 U.S.C. Sections 2510 and 2521 and may be legally privileged. This message (and any associated files) is intended only for the use of the individual or entity to which it is addressed and may contain information that is confidential, subject to copyright or constitutes a trade secret. If you are not the intended recipient you are hereby notified that any dissemination, copying or distribution of this message, or files associated with this message, is strictly prohibited. If you have received this communication in error, please notify McCathern, PLLC immediately by telephone 214.741.2662 and destroy the original message. Messages sent to and from us may be monitored.

**From:** Jonathan Vivat
**Sent:** Thursday, November 13, 2025 5:23 PM
**To:** 'sierra.buffalocreeksurveyor@gmail.com' <sierra.buffalocreeksurveyor@gmail.com>;
'joe.buffalocreeksurveyor@gmail.com' <joe.buffalocreeksurveyor@gmail.com>
**Cc:** Justin N. Bryan <jbryan@mccathernlaw.com>
**Subject:** Pre-Lawsuit Demand to Buffalo Creek – Receipt of Fraudulent Asset Transfer - River North Farms (Behans)

Buffalo Creek Surveyor, LLC,

Please see the attached demand letter.

Jonathan M. Vivat

*Associate Attorney*

3710 Rawlins Street, Suite 1600
Dallas, Texas 75219

**o:** 214.741.2662 | **f:** 214.741.4717

jvivat@mccathernlaw.com



This electronic transmission (and/or the documents accompanying it) may contain confidential information belonging to the sender that is protected by the Electronic Communications Privacy Act, 18 U.S.C. Sections 2510 and 2521 and may be legally privileged. This message (and any associated files) is intended only for the use of the individual or entity to which it is addressed and may contain information that is confidential, subject to copyright or constitutes a trade secret. If you are not the intended recipient you are hereby notified that any dissemination, copying or distribution of this message, or files associated with this message, is strictly prohibited. If you have received this communication in error, please notify McCathern, PLLC immediately by telephone 214.741.2662 and destroy the original message. Messages sent to and from us may be monitored.

| | |
|---|---|
| **From:** | Jonathan Vivat |
| **To:** | "sierra.buffalocreeksurveyor@gmail.com"; "joe.buffalocreeksurveyor@gmail.com" |
| **Cc:** | Justin N. Bryan |
| **Subject:** | Pre-Lawsuit Demand to Buffalo Creek – Receipt of Fraudulent Asset Transfer - River North Farms (Behans) |
| **Date:** | Thursday, November 13, 2025 5:22:00 PM |
| **Attachments:** | 2025-11-13 - Letter to Buffalo Creek Surveyor (1).pdf |

Buffalo Creek Surveyor, LLC,

Please see the attached demand letter.

Jonathan M. Vivat

*Associate Attorney*

3710 Rawlins Street, Suite 1600
Dallas, Texas 75219

**o:** 214.741.2662 | **f:** 214.741.4717

jvivat@mccathernlaw.com



MCCATHERN
SHOKOUHI · EVANS

DALLAS
FRISCO
HOUSTON
LOS ANGELES

This electronic transmission (and/or the documents accompanying it) may contain confidential information belonging to the sender that is protected by the Electronic Communications Privacy Act, 18 U.S.C. Sections 2510 and 2521 and may be legally privileged. This message (and any associated files) is intended only for the use of the individual or entity to which it is addressed and may contain information that is confidential, subject to copyright or constitutes a trade secret. If you are not the intended recipient you are hereby notified that any dissemination, copying or distribution of this message, or files associated with this message, is strictly prohibited. If you have received this communication in error, please notify McCathern, PLLC immediately by telephone 214.741.2662 and destroy the original message. Messages sent to and from us may be monitored.