| | | |
|---|---|---|
| **WESLEASE 2018 OPERATING LP,** | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| vs. | § | **Case No. 4:26-CV-00631-P** |
| | § | |
| **SANDY CREEK FOUNDATION;** | § | |
| **MITCHEL BROWN; CHRISTIANSON** | § | |
| **ANDERSON; ASHLIE ANDERSON;** | § | |
| **RICHARD COAKLEY; JOE D.** | § | |
| **BALLARD; BUFFALO CREEK** | § | |
| **SURVEYOR, LLC; PAT POTTS;** | § | |
| **MARK SUTTON; RUSSELL BROWN;** | § | |
| **BRAITHWAITE PRIME; THOMAS** | § | |
| **GASS; VICTORY LIFE** | § | |
| **PENTECOSTAL CHURCH OF FORT** | § | |
| **WORTH, INC.; WHITNEY MARTIN;** | § | |
| **JUSTIN MARTIN,** | § | |
| | § | |
| *Defendants.* | § | |

## ORDER GRANTING PLAINTIFFS' MOTION FOR SUBSTITUTED SERVICE
## ON DEFENDANTS JOE D. BALLARD AND BUFFALO CREEK SURVEYOR, LLC

On this day came to be heard *Plaintiffs' Motion for Substituted Service on Defendants Joe D. Ballard and Buffalo Creek Surveyor, LLC*. The Court is of the opinion and finds that such request is with merit and should in all things be **GRANTED**. Accordingly,

**IT IS THEREFORE ORDERED, ADJUDGED AND DECREED** that Plaintiff's Motion for Substituted Service on Defendants Joe D. Ballard and Buffalo Creek Surveyor, LLC, is **GRANTED**, and Plaintiffs are authorized to serve the summons and Original Complaint or any amendment thereto on Defendants Joe D. Ballard and Buffalo Creek Surveyor, LLC through any of the following methods:

    a.        by regular first-class mail to 610 County Road 1213, Kopperl, Texas 76652;

b.       by posting/attaching the summons and complaint to Defendants' residence to 610 County Road 1213, Kopperl, Texas 76652;

c.       by serving the Texas Secretary of State;

d.       by email to the email addresses of the Defendants (Joe.buffalocreeksurveyor@gmail.com; info@buffalocreeksurveyor.com; Sierra.buffalocreeksurveyor@gmail.com).

**SO ORDERED** on this \_\_\_\_\_ day of _____, 2026.

_____
**MARK T. PITTMAN**
UNITED STATES DISTRICT JUDGE