**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
Fort Worth Division

|  |  |  |
|---|---|---|
| | § | |
| | § | |
| _____Weslease 2018 Operating LP_____ | § | |
| Plaintiff | § | |
| | § | |
| v. | § | Civil Action No. _4:26-cv-00631-P_____ |
| | § | |
| | § | |
| | § | |
| _____Sandy Creek Foundation et al_____ | § | |
| Defendant | § | |

## CLERK'S ENTRY OF DEFAULT

The record reflects that service of the complaint has been made upon the Defendant named below:

Braithwaite Prime

_____

It appears from the record that service of the complaint has been made, that the Defendant has failed to answer or otherwise defend as directed within the time allowed, and that the Plaintiff has shown that failure through affidavit or otherwise.

Therefore, upon Plaintiff's request, DEFAULT is entered against the Defendant named above.

KAREN S. MITCHELL, CLERK
U.S. DISTRICT COURT


_s/K. Bacheller_____
By: Deputy Clerk on 7/17/2026